## J. M. HEWITT v. STATE.
### No. 14684.

Court of Criminal Appeals of Texas.
Oct. 21, 1931.

Reynold M. Gardner, of Amarillo, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

CHRISTIAN, J.

The offense is possession of intoxicating liquor for the purpose of sale; the punishment, confinement in the penitentiary for fifteen months.

No statement of facts is brought forward. We find in the record one bill of exception which we are unable to appraise in the absence of a statement of facts.

No error appearing, the judgment is affirmed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.

## Claude JOHNSON v. STATE.
### No. 14443.

Court of Criminal Appeals of Texas.
Oct. 14, 1931.

Phillips & Bell, of Trinity, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

CALHOUN, J.

The offense is passing a forged instrument; the punishment, confinement in the penitentiary for two years.

Upon written request of appellant, duly verified by affidavit, the appeal is dismissed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.

## Willie JOHNSON v. STATE.
### No. 14721.

Court of Criminal Appeals of Texas.
Oct. 21, 1931.

Letcher D. King, of Abilene, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

LATTIMORE, J.

Conviction for possessing intoxicating liquor for purposes of sale; punishment, two years and six months in the penitentiary.

There appears no statement of facts or bills of exception in the record. The proceedings of the court below appear to be legal and regular.

The judgment will be affirmed.

## Willie JOHNSON v. STATE.
### No. 14722.

Court of Criminal Appeals of Texas.
Oct. 21, 1931.

Letcher D. King, of Abilene, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

LATTIMORE, J.

Conviction for selling intoxicating liquor; punishment, two years and nine months in the penitentiary.

We find no statement of facts or bills of exception in the record. The proceedings appear to be regular and legal.

No error appearing, the judgment will be affirmed.